MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEREN WORTHYLAKE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-02114-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-seven (27) days from January 22, 2025, up to and including February 27, 2025.  This is the Defendant's first extension request.

      This case along with several others was just assigned to the undersigned counsel. Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.   Defendant's counsel will endeavor to complete

these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

                                      SUMMIT DISABILITY LAW LLC

Dated: January 21, 2025        /s/ *Kevin D. Heitke**
                                      (*as authorized via e-mail)
                                      KEVIN D. HEITKE
                                      Attorney for Plaintiff

Dated: January 21, 2025        PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration

                        By:    /s/ *Michelle A. Pavelek*
                                      MICHELLE A. PAVELEK
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 27, 2025 to respond to Plaintiff's Brief and Plaintiff's optional reply brief will be extended to March 4, 2025.

Dated: January 21, 2025

                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE